**LAW OFFICE OF STEVEN ROOD**
Steven Rood, Esq. SB# 69332
  Email: rood1@mindspring.com
111 Myrtle Street, Suite 201
Oakland, CA 94607
Telephone: 510.839.0900
Facsimile: 510.839.0230

Attorneys for Plaintiff SARAH LITTLE

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Lane J. Ashley, Esq. SB# 073296
  Email: Lane.Ashley@lewisbrisbois.com
Stephen J. Liberatore, Esq. SB# 129772
  Email: Stephen.Liberatore@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant SECURITY NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH LITTLE, Trustee of the Bankruptcy Estate of DMS Builders, Inc.;<br><br>Plaintiff,<br><br>v.<br><br>SECURITY NATIONAL INSURANCE COMPANY, a Texas Corporation, doing business in California; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:18-cv-04533-CRB<br><br>**STIPULATION RE: REQUEST FOR DISMISSAL OF ACTION; [PROPOSED] ORDER** |

Plaintiff SARAH LITTLE, Trustee of the Bankruptcy Estate of DMS Builders, Inc. and Defendant SECURITY NATIONAL INSURANCE COMPANY (collectively, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

///

///

**RECITALS**

1. The Parties participated in a settlement conference through the Court's Alternative Dispute Resolution Program on March 12, 2019, before Magistrate Judge Donna M. Ryu;

2. The Parties reached a settlement at the settlement conference on March 12, 2019;

3. The Parties, by and through their respective counsel, negotiated and agreed on the terms of the "Settlement Agreement and Mutual Release of All Claims";

4. Settlement monies have been paid; and

5. The "Mutual Release and Settlement Agreement" has been fully executed.

**STIPULATION**

Therefore, the Parties stipulate and request that the Court dismiss the above-captioned action with prejudice.

Respectfully submitted,

Dated: July 11, 2019         LAW OFFICE OF STEVEN ROOD


By */s/* Steven J. Rood_____
    Steven J. Rood
Attorneys for Plaintiff
SARAH LITTLE


Dated: July 11, 2019         LEWIS BRISBOIS BISGAARD & SMITH LLP


By */s/* Stephen J. Liberatore_____
    Lane J. Ashley
    Stephen J. Liberatore
Attorneys for Defendant
SECURITY NATIONAL INSURANCE COMPANY



# ORDER

Having read and considered the Parties' stipulation as set forth above, and finding good cause for the Parties' request,

**THE COURT HEREBY ORDERS AND DECREES** that the above-captioned action be, and hereby is, **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 12, 2019

_____
Hon. Charles R. Breyer, Judge
United States District Court
Northern District of California

# FEDERAL COURT CERTIFICATE OF SERVICE

**Little v. Security National Insurance Company, et al.**
**USDC-ND, San Francisco Division, Case No. 3:18-cv-04533-CRB**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 11, 2019, I served the following document(s):

**STIPULATION RE: REQUEST FOR DISMISSAL OF ACTION; [PROPOSED] ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Steven Rood, Esq.<br>Law Offices of Steven Rood<br>111 Myrtle Street, Suite 201<br>Oakland, CA 94612<br>***Attorneys for Plaintiff*** | Tel: 510.839.0900<br>Fax: 510.839.0230<br>Email: rood1@mindspring.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 11, 2019, at San Francisco, California.

/s/ Karen A. Hurtado
Karen A. Hurtado